## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                                    Chapter 13

Deborah Baker                                            No.   12-16404

                    Debtor                               Hon.  Jack B. Schmetterer

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

    PLEASE TAKE NOTICE that on July 30, 2015, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

                             _____/s/ Ross T. Brand_____

### Certificate of Service

    The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Michael A Miller and Tom Vaughn on July 30, 2015.

                             _____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**<u>SERVICE LIST</u>**

Deborah Baker
843 Oxford
Matteson, IL 60443

Tom Vaughn
55 E. Monroe Street
Chicago, IL 60603

Michael A Miller
The Semrad Law Firm, LLC
20 S. Clark, 28th Floor
Chicago, IL 60603